# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR REYNALDO GOMEZ, ) | 1:04-cv-05882-AWI-TAG HC |
| Petitioner, ) | ORDER VACATING ORDER TO SHOW CAUSE WHY THE PETITION FOR HABEAS CORPUS SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |
| v. ) | |
| STATE OF CALIFORNIA, ) | (Doc. 15) |
| Respondent. ) | ORDER VACATING ORDER DENYING MOTION TO AMEND PETITION (Doc. 15) |
| | ORDER GRANTING MOTION TO AMEND (Doc. 13) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 23, 2004, Petitioner filed a petition for writ of habeas corpus in this Court. (Doc. 1).

On February 22, 2005, the Court issued an Order requiring Petitioner to amend the instant Petition to name a proper respondent. (Doc. 12). In that Order, the Court pointed out that a petitioner seeking habeas corpus relief under 28 U.S.C. § 2254 must name the state officer having custody of him as the respondent to the petition. In the order, the Court granted Petitioner leave to correct this defect through a motion to amend the petition to include the proper respondent. (Doc. 12). On March 1, 2005, Petitioner filed a motion to amend or correct the

//

respondent to name James Yates, the present warden of Pleasant Valley State Prison, Coalinga, California, the prison in which Petitioner was then incarcerated. (Doc. 13).

On May 6, 2005, the Court issued an order to show cause why the Petition should not be dismissed for Petitioner's failure to comply with the Court's order to file an amended petition. (Doc. 15). In that order, the Court also denied Petitioner's motion to amend. (<u>Id</u>.). The Court has re-examined Petitioner's motion to amend and determined that Petitioner was complying with the Court's previous order of February 22, 2005.

In light of the foregoing, the Court HEREBY ORDERS as follows:

1. The Court's Order to Show Cause dated May 6, 2005 (Doc. 15), is VACATED;

2. The Court's Order Denying Petitioner's Motion to Amend dated May 6, 2005 (Doc. 15), is VACATED; and

3. Petitioner's Motion to Amend dated March 1, 2005 (Doc. 13) is GRANTED.

IT IS SO ORDERED.

**Dated:    May 12, 2005**                       **/s/ Theresa A. Goldner**
j6eb3d                                            UNITED STATES MAGISTRATE JUDGE