UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR REYNALDO GOMEZ,<br><br>　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　Respondent. | 1:04-CV-5882 AWI TAG (HC)<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(DOCUMENT #21) |

　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 8, 2007, Respondent filed a motion to extend time to file a motion to dismiss. Inasmuch as Respondent filed a motion to dismiss on June 4, 2007, and good cause having been presented to the Court, IT IS HEREBY ORDERED that:

　　Respondent's motion to extend time to file a motion to dismiss (Doc. 21) is GRANTED nunc pro tunc to June 4, 2007.

IT IS SO ORDERED.

Dated: **June 6, 2007**　　　　　　　　　　　　　　　　　　/s/ Theresa A. Goldner
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE