UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR REYNALDO GOMEZ,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | 1:04-cv-05882-AWI-TAG-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br>(Doc. 29) |

Plaintiff is a state prisoner proceeding pro se in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 17, 2007, Petitioner filed a motion for an extension of time to file objections to the Magistrate Judge's Findings and Recommendation to grant Respondent's motion to dismiss.  (Doc. 28).

GOOD CAUSE having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, it is HEREBY ORDERED that Petitioner is granted thirty (30) days from the date of filing of his motion for extension of time, or until January 16, 2008, to file objections.

IT IS SO ORDERED.

Dated: **January 3, 2008**     /s/ Theresa A. Goldner
                                                                UNITED STATES MAGISTRATE JUDGE