UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR REYNALDO GOMEZ, | ) | 1:04-cv-05882-AWI-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION AND GRANTING |
| | ) | RESPONDENT'S MOTION TO DISMISS |
| v. | ) | (Doc. #24 & #28) |
| | ) | |
| | ) | ORDER DISMISSING AMENDED PETITION |
| STATE OF CALIFORNIA, | ) | FOR WRIT OF HABEAS CORPUS |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT TO |
| | ) | CLOSE FILE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 15, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that Respondent's motion to dismiss (Doc. #24) be granted and the amended petition for writ of habeas corpus be dismissed because the petition was entirely composed of claims that had not been exhausted in state court. (Doc. #28). The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. On January 25, 2008, after having been granted several extensions of time, Petitioner filed objections to the Magistrate Judge's Findings and Recommendation. (Doc. #32).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.   In the objections, Petitioner contends that his claims are exhausted because they were included in his petition for review to the California Supreme Court.   A careful consideration of the petition filed in the California Supreme Court reveals that Petitioner is mistaken.  As explained by the Magistrate Judge, Petitioner is required to provide the state courts with a "fair opportunity" to apply controlling legal principles to the facts bearing upon his constitutional claim. Picard v. Connor, 404 U.S. 270, 276-77 (1971).   "It is not enough that all the facts necessary to support the federal claim were before the state courts or that a somewhat similar state-law claim was made." Anderson v. Harless, 459 U.S. 4, 6 (1982) (internal site omitted); Picard v. Connor, 404 U.S. at 277.   At best, the petition for review may have contained allegations similar to the claims alleged in this action or contained related assertions while discussing other claims.   This is insufficient.  Because the allegations made to the California Supreme Court are different from the claims raised here, the claims were not fairly presented to the state court and the petition's claims are unexhausted for federal habeas corpus purposes.   Thus, Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.   Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 15, 2007 (Doc. #28), is ADOPTED IN FULL;
2. Respondent's motion to dismiss (Doc. #24) is GRANTED;
3. The amended petition for writ of habeas corpus is DISMISSED without prejudice; and
4. The Clerk of Court is DIRECTED to close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:    March 7, 2008**          /s/ Anthony W. Ishii
                                  UNITED STATES DISTRICT JUDGE